IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME FRANKLIN WESTON,

    Plaintiff,

vs.                                       CASE NO.: 4:06cv190-SPM/WCS

PEAVY & SON CONSTRUCTION CO.,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of December, 2006.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge